IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL PIESON,<br><br>        Plaintiff,<br><br>   v.<br><br>CAMDEN COUNTY CORRECTIONAL FACILITY,<br><br>        Defendant. | Civil Action<br>No. 17-2257 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Plaintiff Michael Pieson seeks to bring this civil action without prepayment of fees or security. Docket Entry 1-1.

    Several sections of Plaintiff's *in forma pauperis* application are blank. Plaintiff must either submit a completed *in forma pauperis* application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

    An appropriate order follows.

**April 12, 2017**　　　　　　　　　　**s/ Jerome B. Simandle**
Date　　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　　　Chief U.S. District Judge